UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| 7-ELEVEN, INC. | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 1:14-cv-12744-IT |
| ABU K MUSA, | * | |
| Defendant. | * | |

ORDER

September 25, 2014

TALWANI, D.J.

This case concerns a franchise agreement governing the relationship between Plaintiff 7-Eleven, Inc. and Defendant Musa. Before the court are Plaintiff's <u>Motion for Preliminary Injunction</u> [#7] and Defendant's <u>Cross-Motion for Preliminary Injunction</u> [#22]. As counsel acknowledged at oral argument, whether either party can demonstrate a substantial likelihood of success on the merits for the claims presented in their respective motions for preliminary injunction depends on whether Plaintiff properly terminated the franchise agreement. Because the court finds that the existence of disputed facts prevent either party, at this stage, from demonstrating a substantial likelihood of success on the merits on this issue, the court hereby DENIES both motions.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge